UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA PRICE, <br>    Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) **Case No.: 2:13-cv-944-HB** <br> ) <br> ) <br> ) <br> ) <br> ) |

STIPULATION TO DISMISS

TO THE CLERK:

  Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 East Butler Pike |
| Furlong PA 18925 | Ambler, PA 19002 |
| Phone: (215) 794-7207 | Phone: (215) 540-8888 |
| Fax: (215) 794-5079 | Fax: (877) 788-2864 |
| Email: rsenders@sessions-law.biz | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: October 9, 2013 | Date: October 9, 2013 |

BY THE COURT:

_____
            J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 9th day of October, 2013:

>Ross S. Enders, Esquire
>Sessions, Fishman, Nathan & Israel, L.L.C.
>2303 Oxfordshire Road
>Furlong PA 18925
>Email: rsenders@sessions-law.biz

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Fax: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for the Plaintiff