UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA PRICE,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.
    Defendant.

Case No.: 2:13-cv-944-HB

FILED
OCT 2 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Ross S. Enders
Ross S. Enders, Esquire
Sessions, Fishman, Nathan & Israel, L.L.C.
2303 Oxfordshire Road
Furlong PA 18925
Phone: (215) 794-7207
Fax: (215) 794-5079
Email: rsenders@sessions-law.biz
Attorney for the Defendant

Date: October 9, 2013

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: October 9, 2013

BY THE COURT:

_Harvey Bartle_ J.

October 9, 2013

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 9th day of October, 2013:

>Ross S. Enders, Esquire
>Sessions, Fishman, Nathan & Israel, L.L.C.
>2303 Oxfordshire Road
>Furlong PA 18925
>Email: rsenders@sessions-law.biz

>>/s/ *Craig Thor Kimmel*
>>Craig Thor Kimmel, Esquire
>>Kimmel & Silverman, P.C.
>>30 East Butler Pike
>>Ambler, PA 19002
>>Phone: (215) 540-8888
>>Fax: (877) 788-2864
>>Email: kimmel@creditlaw.com
>>Attorney for the Plaintiff